UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
------------------x

In re:                                  :

MICHELLE ROCKWELL                       :    BK No. 05-13515
         Debtor                              Chapter 7

------------------x

## ORDER

After hearing and upon consideration of the arguments and the evidence presented, the United States Trustee's motion for 2004 examination is DENIED, and the objection filed by the Debtor is STRICKEN.

Upon consideration of the matter, the Court hereby ORDERS the United States Trustee to conduct and the Debtor to attend an examination under Fed. R. P. 2004, at a time and place mutually agreeable to the parties. If the parties cannot agree the Court will determine the date and time of the examination.

Dated at Providence, Rhode Island, this    10th    day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　　　　Arthur N. Votolato
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

Entered on docket: 2/10/2006